UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY BERNARD YOUNG,

    Defendant.

Case No. MJ09-231-BAT

**DETENTION ORDER**

Offense charged:

    Possession of Cocaine with Intent to Distribute

Date of Detention Hearing: May 15, 2009.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    In 1989 defendant was convicted for distribution of cocaine and sentenced to 10 years of prison. He served his sentence and the court terminated his supervision in 2001. The government has proffered that since that time, defendant has continued to be involved in drug trafficking

DETENTION ORDER -1

activities.  When defendant was arrested, he possessed $30,000 in cash, over a kilo of cocaine and had a vehicle with a secret compartment.  A search of one of defendant's properties yielded empty kilo sized wrappers.  Defendant owns 4 homes in this district and properties in South Caroline and Pennsylvania.  Defendant also has a passport but its whereabouts are unknown as defendant indicates he has misplaced it.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 15th day of May, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge